1  ADRIENNE C. PUBLICOVER (SBN 161432)
   DENNIS J. RHODES (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Defendants
6  BECHTEL SHORT TERM
   DISABILITY PLAN and
7  LIFE INSURANCE COMPANY
   OF NORTH AMERICA
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARY VALLEJOS, | Case No.:   CV07-05363 EMC |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | [Civil L.R. 6-1(a)] |
| BECHTEL SHORT TERM DISABILITY PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA, | Magistrate Judge Edward M. Chen |
| Defendants. | Filing Date  :   October 19, 2007 |

**IT IS HEREBY STIPULATED**, by and between the parties to this action, through their attorneys of record, pursuant to Local Rule 6.1(a), as follows:

   1.  The response of defendants Bechtel Short Term Disability Plan and Life Insurance Company of North America (collectively "defendants"), to plaintiff Mary Vallejos' Complaint, filed on October 19, 2007, currently is due on or before December 28, 2007; and

---

1

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
USDC NDCA Case #CV07-05363 EMC
318135.1

2.   The parties have agreed that defendants shall have an extension until and including January 14, 2008 to answer or otherwise respond to the Complaint herein.

**IT IS SO STIPULATED.**

Date: December 27, 2007         WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP


                                By:_____/s/ Dennis J. Rhodes_____
                                    Adrienne C. Publicover
                                    Dennis J. Rhodes
                                    Attorneys for Defendants
                                    BECHTEL SHORT TERM
                                    DISABILITY PLAN and
                                    LIFE INSURANCE COMPANY
                                    OF NORTH AMERICA


Date: December 28, 2007         THE LAW OFFICE OF STEVEN M. CHABRE


                                By:_____/s/ Steven M. Chabre_____
                                    Steven M. Chabre
                                    Attorneys for Plaintiff
                                    MARY VALLEJOS

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
USDC NDCA Case #CV07-05363 EMC
318135.1

# CERTIFICATE OF SERVICE
*Mary Vallejos v. Bechtel Short Term Disability Plan, et al.*
*USDC NDCA Case #CV07-05363 EMC*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Steven M. Chabre, Esq.
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA  94501
Tel:    (510) 749-1440
Fax:   (510) 749-0466

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **December 28, 2007**, at San Francisco, California.

_____
Nancy Li

---

3
STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
USDC NDCA Case #CV07-05363 EMC
318135.1