ADRIENNE C. PUBLICOVER (SBN 161432)
SEAN P. NALTY (SBN 121253)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
CONNECTICUT GENERAL LIFE
INSURANCE COMPANY,
CHUBB & SON, INC. LONG TERM
DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOUISE BERTAO,<br><br>    Plaintiff,<br><br>    v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CHUBB & SON, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No.:    CV07-05808 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br>**[Local Rule 6-1]**<br><br>Courtroom    :    3<br>Honorable Jeremy Fogel<br><br>Filing Date    :    November 15, 2007 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between the parties to this action, through their attorneys of record, that the defendants herein and each of them shall have an extension until, and including, January 28, 2008 to answer or otherwise respond to plaintiff Louise Bertao's Complaint filed in this action.

1  This extension will not alter the date of any event or any deadline already fixed by Court
2  order.
3
4  Date: December 27, 2007                                WILSON, ELSER, MOSKOWITZ,
                                                          EDELMAN & DICKER LLP
5
6
7                                                         By: /s/ Sean P. Nalty
                                                             ADRIENNE C. PUBLICOVER
8                                                            SEAN P. NALTY
                                                             Attorneys for Defendants
9                                                            CONNECTICUT GENERAL LIFE
                                                             INSURANCE COMPANY, CHUBB & SON,
10                                                           INC. LONG TERM DISABILITY PLAN

11 Date: December 28, 2007                                FLYNN, ROSE & PERKINS
12
13                                                        By: /s/ Charles B. Perkins
                                                             CHARLES B. PERKINS
14                                                           Attorneys for Plaintiff
                                                             LOUISE BERTAO
15
16
17                                    **ORDER**
18                                 IT IS SO ORDERED.
19
20 Date:_____                                     By:_____
                                                             HONORABLE JEREMY FOGEL
21                                                           UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28
                                              2
                STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
           ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
   USDC NDCA Case #CV07-05808 JF
   318337.1

# CERTIFICATE OF SERVICE
*Louise Bertao v. Connecticut General Life Insurance Company, et al.*
*USDC NDCA Case #CV07-05808 JF*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→   : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Charles B. Perkins, Esq.
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, CA  95030
Tel:   (408) 399-4566
Fax:   (408) 399-6683

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **December 28, 2007**, at San Francisco, California.

_____
Nancy Li