UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY VALLEJOS,

    Plaintiff(s),

v.

BECHTEL SHORT TERM DISABILITY PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA,
    Defendant(s).

No. CV07-05363 EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 31, 2007

Wilson, Elser, Moskowitz, Edelman & Dicker LLP

_____
Signature Dennis J. Rhodes

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")
BECHTEL SHORT TERM DISABILITY PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA

NDC-06

**CERTIFICATE OF SERVICE**
*Mary Vallejos v. Bechtel Short Term Disability Plan, et al.*
USDC NDCA Case #CV07-05363 EMC

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→     : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Steven M. Chabre, Esq.
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA  94501
Tel:    (510) 749-1440
Fax:    (510) 749-0466

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **January 3, 2008**, at San Francisco, California.

_____
Nancy Li

---

USDC NDCA Case #CV07-05363 EMC
313017.1