UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARY VALLEJOS,

     Plaintiff(s),

v.

BECHTEL SHORT TERM DISABILITY
PLAN and LIFE INSURANCE COMPANY
OF NORTH AMERICA,

     Defendant(s).

Case No. CV07-05363

ADR CERTIFICATION BY PARTIES
AND COUNSEL

  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

  (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

  (2) Discussed the available dispute resolution options provided by the Court and private entities; and

  (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 4, 2008

              *[signature]*
              [Party] Bechtel Short Term Disability Plan and
              Life Insurance Company of North America

Dated: January 7, 2008

              *[signature]*
              [Counsel]
              Dennis J. Rhodes, Esq.

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

**CERTIFICATE OF SERVICE**
*Mary Vallejos v. Bechtel Short Term Disability Plan, et al.*
USDC NDCA Case #CV07-05363

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Steven M. Chabre, Esq.
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA  94501
Tel:    (510) 749-1440
Fax:   (510) 749-0466

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **January 4, 2008**, at San Francisco, California.

_____
Nancy Li

1

USDC NDCA Case #CV07-05363 EMC
313017.1