UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-5363            AMUEL CONTI           DATE 2/8/08
Case Number          Judge

Title: MARY VALLEJOS            vs BECHTEL SHORT TERM DISABILITY

Attorneys: STEVEN CHABRE           DENNIS RHODES

Deputy Clerk: T. De Martini    Court Reporter: Connie Kuhl

Court   Pltf's   Deft's
(XXX)   (  )    (  )   1.  Status Conference - Held
(  )    (  )    (  )   2.
(  )    (  )    (  )   3.
(  )    (  )    (  )   4.
(  )    (  )    (  )   5.

(   )Motion(s): (   )Granted  (   )Denied  (   )Withdrawn

(   )Granted/Denied  (   )Off Calendar  (   )Submitted

Order to be Prepared by:(   )Pltf  (   )Deft  (   )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to _____ for Pretrial Conference

Case Continued to _____ for Court/Jury Trial

Case Continued to _____ for Further Status Conference

Case Continued to 2/22/08 @ 10:00 A.M. for Motions for Standard of Review

ORDERED AFTER HEARING: The parties are to get together and try to agree on the standard of review for the cross motions for summary judgment. If they can agree on the standard of review the parties are to file a stipulation and proposed order that includes a briefing schedule for the cross motions for summary judgment. If the parties are unable to agree on the standard of review for the cross motions they are to file separate briefs as to the standard of review and appear on February 22, 2008.

cc: