1 | Steven M. Chabre, SBN 173271
2 | The Law Office of Steven M. Chabre
  | 1335 Park Avenue
3 | Alameda, CA 94501
  | (510) 749-1440
4 | (510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| MARY VALLEJOS, | ) Case No.: C 07-05363 SC |
|---|---|
| Plaintiff, | ) **CONFIRMING LETTER REGARDING** |
| vs. | ) **CASE MANAGEMENT DATES** |
| BECHTEL SHORT TERM DISABILITY PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| Defendants. | ) |

    According to instructions received today from the Court's staff, plaintiff Mary Vallejos confirms the following information was conveyed to her by the Court's staff:

    1. The status conference scheduled for tomorrow, February 22, 2008 at 10:00 AM, has been taken off calendar.

CONFIRMING LETTER REGARDING CASE MANAGEMENT DATES (C 07-05363 SC)

1

2.  The Court has instructed the parties to file motions on the proper standard of review. The last day motions on the standard of review may be filed is March 21, 2008, and the hearing on those motions will be held on April 25, 2008 at 10:00 AM.

BY: ____/s/ *Steven M. Chabre, Esq.*_____   DATED: February 21, 2008
STEVEN M. CHABRE
Attorney for Plaintiff