Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MARY VALLEJOS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BECHTEL SHORT TERM DISABILITY PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendants. | Case No.: C 07-05363 SC<br><br>**STPULATION and [PROPOSED] ORDER TAKING HEARING ON STANDARD OF REVIEW OFF CALENDAR** |

　　　　Plaintiff MARY VALLEJOS ("Plaintiff"), and Defendants BECHTEL SHORT TERM DISABILITY PLAN (the "Plan") and LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") by and through their respective counsel of record, hereby stipulate that LINA has agreed to pay the short-term disability benefits claim that is the subject of this ERISA litigation. LINA is in the process of calculating the benefits it will pay to plaintiff, and the parties will be negotiating the appropriate interest payable on those benefits as well as the attorney's fee owed

STIPULATION and [PROPOSED] ORDER TAKING HRG ON STRD OF REVIEW OFF CALENDAR (C 07-05363 SC)

plaintiff under ERISA.  They hope to reach a mutually agreeable settlement on the interest and attorneys fees issues.  If not, plaintiff will bring a motion for interest and attorneys fees.

Because the issue regarding eligibility for benefits has been resolved, the Court no longer needs to determine what the proper standard of review is.  Therefore, the parties request that the Court take the hearing scheduled for April 25, 2008 at 10 A.M. regarding the standard of review off of the calendar.

IT IS SO STIPULATED.

DATED: March 17, 2008

THE LAW OFFICE OF STEVEN CHABRE

By: _____/S/_____
       Steven Chabre
Attorney for Plaintiff
MARY VALLEJOS

DATED: March 20, 2008

WILSON, ELSER, MOSKOWITZ EDELMAN, & DICKER LLP

BY: _____/S/_____
       Dennis Rhodes
Attorneys for Defendants
BECHTEL SHORT TERM DISABILITY PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA

STIPULATION and [PROPOSED] ORDER TAKING HRG ON STRD OF REVIEW OFF CALENDAR (C 07-05363 SC)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

The hearing currently scheduled for April 25, 2008 at 10 A.M. regarding the proper standard of review is taken off calendar.

Dated: _____   By: _____
Hon. Samuel Conti
SENIOR U.S. DISTRICT COURT JUDGE