Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | | |
|---|---|---|
| MARY VALLEJOS, | ) | Case No.: C 07-05363 SC |
| Plaintiff, | ) ) | **STPULATION and [PROPOSED] ORDER** |
| vs. | ) ) | **TAKING HEARING ON STANDARD OF REVIEW OFF CALENDAR** |
| BECHTEL SHORT TERM DISABILITY | ) | |
| PLAN and LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| Defendants. | ) ) | |
| | ) ) | |

Plaintiff MARY VALLEJOS ("Plaintiff"), and Defendants BECHTEL SHORT TERM

DISABILITY PLAN (the "Plan") and LIFE INSURANCE COMPANY OF NORTH AMERICA

("LINA") by and through their respective counsel of record, hereby stipulate that LINA has

agreed to pay the short-term disability benefits claim that is the subject of this ERISA litigation.

LINA is in the process of calculating the benefits it will pay to plaintiff, and the parties will be

negotiating the appropriate interest payable on those benefits as well as the attorney's fee owed

STIPULATION and [PROPOSED] ORDER TAKING HRG ON STRD OF REVIEW OFF CALENDAR (C 07-05363 SC)

plaintiff under ERISA.  They hope to reach a mutually agreeable settlement on the interest and attorneys fees issues.  If not, plaintiff will bring a motion for interest and attorneys fees.

Because the issue regarding eligibility for benefits has been resolved, the Court no longer needs to determine what the proper standard of review is.  Therefore, the parties request that the Court take the hearing scheduled for April 25, 2008 at 10 A.M. regarding the standard of review off of the calendar.

IT IS SO STIPULATED.


                                                    THE LAW OFFICE OF STEVEN
                                                    CHABRE
DATED: March 17, 2008

                                                    By: _____/S/_____
                                                        Steven Chabre
                                                    Attorney for Plaintiff
                                                    MARY VALLEJOS



DATED: March 20, 2008                               WILSON, ELSER, MOSKOWITZ
                                                    EDELMAN, & DICKER LLP




                                                    BY: _____/S/_____

                                                        Dennis Rhodes
                                                    Attorneys for Defendants
                                                    BECHTEL SHORT TERM DISABILITY
                                                    PLAN and LIFE INSURANCE COMPANY
                                                    OF NORTH AMERICA


STIPULATION and [PROPOSED] ORDER TAKING HRG ON STRD OF REVIEW OFF CALENDAR (C 07-05363 SC)

1

**[PROPOSED] ORDER**

2

    PURSUANT TO STIPULATION and good cause appearing therefor, IT IS HEREBY

3

ORDERED THAT:

4

    The hearing currently scheduled for April 25, 2008 at 10 A.M. regarding the proper

5

standard of review is taken off calendar.

6

7

8

9

Dated: ____3/25/08____       By: _____

10

                      Hon. Sam. J. _____

11

                      S___ ___ ___ COURT JUDGE



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28