Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY VALLEJOS,<br><br>   Plaintiff,<br><br>   vs.<br><br>BECHTEL SHORT TERM DISABILITY PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>   Defendants. | Case No.:  C 07-5363 SC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective attorneys of record, that this action shall be dismissed with prejudice, each party to bear their own fees and costs.

DATED: April 28, 2008

THE LAW OFFICE OF STEVEN CHABRE

By: _____
Steven Chabre
Attorney for Plaintiff
MARY VALLEJOS


DATED: ~~April~~ May 13, 2008

WILSON, ELSER, MOSKOWITZ EDELMAN, & DICKER LLP


BY: /s/ Dennis J. Rhodes
Dennis Rhodes
Attorneys for Defendants
BECHTEL SHORT TERM DISABILITY PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA

## ~~[PROPOSED]~~ ORDER

**PURSUANT TO STIPULATION:**

The matter is dismissed with prejudice.

Dated: 6/4/08    By: _____
                    IT IS SO ORDERED
                    Judge Samuel Conti
                    DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL    (C 07-5363 SC)
2

**CERTIFICATE OF SERVICE**
*Mary Vallejos v. Bechtel Short Term Disability Plan, et al.*
*USDC NDCA Case #CV07-05363 SC*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Steven M. Chabre, Esq.
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA  94501
Tel:   (510) 749-1440
Fax:   (510) 749-0466

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **May 13, 2008**, at San Francisco, California.

_____
Nancy Li

---

1
**CERTIFICATE OF SERVICE**
USDC NDCA Case #CV07-05363 SC
313017.1